**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 2ND JUDICIAL DISTRICT      :   No. 44 MM 2020
DECLARATION OF JUDICIAL         :
EMERGENCY  (LANCASTER COUNTY)     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2021, the Amended Application Pursuant to Pa.R.J.A. No. 1952 is GRANTED. The President Judge of the 2nd Judicial District is authorized to suspend state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings through August 31, 2021. Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.